```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                          CAMDEN VICINAGE
```

| | |
|---|---|
| PETER L. CARATINI, : | |
| : | |
| Plaintiff : | Civ. No. 21-11061 (RMB-AMD) |
| : | |
| v. : | |
| : | **OPINION** |
| ADMINISTRATOR JOHN POWELL : | |
| *et al.*, : | |
| : | |
| Defendants : | |

This matter was opened before the Court as a new civil action upon Plaintiff Peter L. Caratini's pro se filing of a document entitled "Order to Show Cause For a Preliminary Injunction." (Dkt. No. 1.) On November 10, 2021, this Court ordered Plaintiff to show cause in writing, indicating whether he intended to file his "Order to Show Cause for a Preliminary Injunction" in Caratini I, Civil Action No. 20-8924(RMB) or in this new action, Caratini II; and if Plaintiff intended to open a new civil action in Caratini II, he was required to submit a complaint and the $402 filing fee or an application to proceed *in forma pauperis* under 28 U.S.C. § 1915(a). (Order, Dkt. No. 2.) Plaintiff did not respond to the Order to Show Cause in this action. The Court will dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to respond to the Court's Order to Show Cause and failure to prosecute.

An appropriate Order follows.

Dated: **February 24, 2022**

                                                s/Renée Marie Bumb
                                                **RENÉE MARIE BUMB**
                                                **UNITED STATES DISTRICT JUDGE**